Minute Order Form (rev. 4/99)

JUDGE PALLMEYER

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 GJ 0984 | DATE | OCTOBER 24, 2007 |
| CASE TITLE | US v. SHUREZ D. YERGER, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

~~GRAND JURY PROCEEDING AND PROCEEDING HELD~~

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____Arlander Keys_____

Docket Entry:

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DISTRICT COURT CLERKS OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE DEFENDANTS ARE ARRESTED OR BY FURTHER ORDER OF THE COURT. ~~DO NOT SEAL ARREST WARRANTS.~~

SIGNATURE OF JUDGE _____Arlander Keys_____ (ONLY IF FILED UNDER SEAL)

BW Issued   BW 645M

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Number of notices |
| | No notices required. | | Date docketed |
| | Notices mailed by judge's staff. | | Docketing dpty. initials |
| | Notified counsel by telephone. | OCT 25 2007 | Date mailed notice |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | | Mailing dpty. initials |
| | Copy to judge/magistrate judge. | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office  FILED | |

MAGISTRATE JUDGE SCHENKIER   OCT 24 2007  CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT