## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 684 - 1, 2 | **DATE** | 1/18/2008 |
| **CASE TITLE** | USA vs. Shurez D. Yerger, Floyd O. Townsend | | |

**DOCKET ENTRY TEXT**

Government's oral motion to lift the seal granted. Suppression is lifted.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|