# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____ VS. _____

FOR **FILED** September 12, 2008
SEP 1 2 2008
JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

**LOCATION NUMBER**

**DOCKET NUMBERS**
Magistrate

District Court: **07CR684-2**
Court of Appeals: **07CR684-2**

PERSON REPRESENTED (Show your full name) **FLOYD TOWNSEND**

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed

Name and address of employer: *Pactive Wheels Jc.*

IF YES, how much do you earn per month? $ *1,200.00* Gross

IF NO, give month and year of last employment ____ How much did you earn per month? $ ____

If married is your Spouse employed? ☒ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ *1,000* Gross appt

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ____ THE SOURCES ____

RECEIVED ____ SOURCES ____

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ *90.00* Approx

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ *4,500* Approx    DESCRIPTION *1999 Dodge Durango*

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: **3**

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | *Hospal Bills* | $ *44,000* | $ *80* |
| | *Rent* | $ | $ *650* |
| | *Rent for Mother in law* | $ | $ *550* |
| | *Utilities* | $ | $ *200* |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *9-12-08*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶